IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01830-WYD

COLORADO DEPARTMENT OF REVENUE,

    Plaintiff,

v.

FIRST BIZ, LLC; SIR SPEEDY, INC.;
DEPARTMENT OF THE TREASURY,
INTERNAL REVENUE SERVICE; and the
CITY AND COUNTY OF DENVER, CO,

    Defendants.

## AMENDED ORDER DIRECTING DISBURSEMENT OF EXCESS FUNDS

THIS ORDER HEREBY AMENDS the Order Directing Disbursement of Excess Funds (Doc. No. 16) dated November 15, 2007 as follows:

IT IS HEREBY ORDERED that $13,775.00 (plus any pro rata interest which may have accrued) of the excess proceeds deposited into the Arapahoe County District Court's registry in state court case number 2007CV1488, *Colorado Department of Revenue v. First Biz, LLC, et al.*, shall be disbursed to the United States of America. The check, made payable to the United States Treasury, shall be mailed to Richard R. Ward, U.S. Department of Justice Tax Division, Section Chief, Civil Trial Section Western Region at one of the following addresses:

| Via U.S. Mail: | Via Overnight Delivery: |
|---|---|
| P.O. Box 683 | 555 4th Street, NW |
| Ben Franklin Station | Room 7907 |
| Washington, D.C. 20044 | Washington, D.C. 20001. |

It is further,

ORDERED that $605.57 (plus any pro rata interest which may have accrued) of the excess proceeds deposited into the Arapahoe County District Court's registry in state court case number 2007CV1488, *Colorado Department of Revenue v. First Biz, LLC, et al.*, shall be disbursed to the City and County of Denver. The check, made payable to The City and County of Denver, shall be mailed to Charles T. Solomon at the following address:

    Denver City Attorney's Office
    201 W. Colfax Ave. Dept. 1207
    Denver, CO 80202

Dated: January 22, 2008

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge