IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01830-WYD

COLORADO DEPARTMENT OF REVENUE,

      Plaintiff,

v.

FIRST BIZ, LLC; SIR SPEEDY, INC.;
DEPARTMENT OF THE TREASURY,
INTERNAL REVENUE SERVICE; and the
CITY AND COUNTY OF DENVER, CO,

      Defendants.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulation for Dismissal (filed February 29, 2008).  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation for Dismissal is **APPROVED** and this matter is **DISMISSED WITHOUT PREJUDICE**, with the parties to bear their own costs of litigation, including any attorneys' fees.

Dated:  March 11, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge